UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-173-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| LUTHER EARL SATTERFIELD | |

On motion of the Defendant, Luther Earl Satterfield, and for good cause shown, it is hereby ORDERED that **DE 163** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _1_ day of February, 2021.

_____
JAMES C. DEVER III
United States District Judge